1  GRACE Y. HOROUPIAN, Bar No. 180337
   BORIS SORSHER, Bar No. 251718
2  FISHER & PHILLIPS LLP
   2050 Main Street, Suite 1000
3  Irvine, California 92614
   Telephone (949) 851-2424
4  Facsimile  (949) 851-0152

5  Attorneys for Defendant
   E LIGHT ELECTRIC SERVICES, INC. dba E LIGHT WIND AND SOLAR, INC.
6  (erroneously named as E Light Electrical Services, Inc.)

7

8                   UNITED STATES DISTRICT COURT

9                   NOTHERN DISTRICT OF CALIFORNIA

10

11 | SHADEA ROBERTSON, on behalf of herself, | Case No. 4:15-CV-01507-KAW
   | all others similarly situated, |
12 | |
   | | STIPULATION TO DISMISS ENTIRE
13 | Plaintiff, | ACTION WITH PREJUDICE AND
   | vs. | [PROPOSED] ORDER
14 | |
15 | E LIGHT WIND AND SOLAR, INC., A |
   | business entity form unknown; E LIGHT |
16 | ELECTRICAL SERVICES, INC., A Colorado |
   | Corporation; and DOES 1-50, inclusive, |
17 | |
   | Defendants. | Complaint Filed: 2/17/15
18

19     Pursuant to *Federal Rule of Civil Procedure* 41(a)(1)(ii), Plaintiff SHADEA
20 ROBERTSON ("Plaintiff') and Defendant E LIGHT WIND AND SOLAR, INC dba E LIGHT
21 ELECTRICAL SERVICES, INC (erroneously named as E Light Electrical Services, Inc.,)
22 ("Defendant"), by and through their respective counsel, hereby STIPULATE to the following:
23 //
24 //
25 //
26 //
27 //
28 //

1. Defendant is hereby DISMISSED from this action in relation to the claims specifically pled therein, **with prejudice**;

2. Defendant hereby waives its costs and fees directly attributable to defending the claims asserted by Plaintiff.

Date: May 21, 2015                              FISHER & PHILLIPS LLP

                                                By:   /s/   Boris Sorsher
                                                      GRACE Y. HOROUPIAN
                                                      BORIS SORSHER
                                                      Attorneys for Defendant
                                                      E LIGHT ELECTRIC SERVICES, INC. dba
                                                      E LIGHT WIND AND SOLAR, INC

Date: May 21, 2015                              SETAREH LAW GROUP

                                                By:   /s/   Shaun Setareh
                                                      SHAUN SETAREH.
                                                      Attorneys for Plaintiff
                                                      SHADEA ROBERTSON

Pursuant to the stipulation:

**IT IS SO ORDERED.**

Date: __5/29_____, 2015                    _Kandis Westmore_____
                                                KANDIS A. WESTMORE
                                                Magistrate Judge
                                                United States District Court

**CERTIFICATE OF SERVICE**

I, the undersigned, am employed in the County of Orange, State of California. I am over the age of 18 and not a party to the within action; am employed with the law offices of Fisher & Phillips LLP and my business address is 2050 Main Street, Suite 1000, Irvine, California 92614.

On **May 21, 2015,** I served the foregoing document entitled **STIPULATION TO DISMISS ENTIRE ACTION WITH PREJUDICE AND [PROPOSED] ORDER**, on all the appearing and/or interested parties in this action by placing ☐ *the original* ☒ *a true copy* thereof enclosed in sealed envelope(s) addressed as follows:

**SEE ATTACHED MAILING LIST**

☐ **[by MAIL]** I am readily familiar with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Irvine, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postage cancellation date or postage meter date is more than one day after date of deposit for mailing this affidavit.

☒ [**by ELECTRONIC SUBMISSION**] I served the above listed document(s) described via the United States District Court's Electronic Filing Program on the designated recipients via electronic transmission through the CM/ECF system on the Court's website. The Court's CM/ECF system will generate a Notice of Electronic Filing (NEF) to the filing party, the assigned judge, and any registered users in the case. The NEF will constitute service of the document(s). Registration as a CM/ECF user constitutes consent to electronic service through the court's transmission facilities.

☐ **[by PERSONAL SERVICE]** I caused to be delivered by messenger such envelope(s) by hand to the office of the addressee(s). Such messenger is over the age of eighteen years and not a party to the within action and employed with ASAP Legal Solution Attorney Services, LLC, whose business address is 404 W. 4th Street, Suite B, Santa Ana, CA 92701.

☒ **FEDERAL** - I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on **May 21, 2015** at Irvine California.

| DOROTHY MJ. WANG | By: /s/ Dorothy Mj. Wang |
|---|---|
| Print Name | Signature |

MAILING LIST

FPDOCS 30688829.1

MAILING LIST
*Shadea Robertson v. E Light Wind and Solar*
USDC Northern case no. 4:15-CV-01507-KAW

| Shaun Setareh, Esq.<br>SETAREH LAW GROUP<br>9454 Wilshire Blvd., Suite 907<br>Beverly Hills, CA 90212<br>(310) 888-7771  Fax: (310) 888-0109<br>Email: shaun@setarehlaw.com | Attorneys for Plaintiff,<br>SHADEA ROBERTSON, on behalf of herself, all others similarly situated |
|---|---|